*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Donna L. Wenzel, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, NJ 08002**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(Camden)**

**IN RE:  NICHOLAS A. VOLPE,**

                                   **Debtor(s).**

Proceedings in Chapter 13

Case No. 15-29348 (JNP)

*OBJECTION TO EXEMPTIONS AND CHAPTER 13 PLAN*

Isabel C. Balboa, Chapter 13 Standing Trustee, hereby objects to the exemptions in the above-captioned case pursuant to Bankruptcy Rule 4003.

1. Specifically, the Trustee objects to the following exemptions as being improper pursuant to 11 U.S.C. § 522(d)(5).  Note:  All 11 U.S.C. § 522(d)(1) has been used.

| **EXEMPTION TAKEN** | **AMOUNT** |
| --- | --- |
| A.  PNC Bank | $25.00 |
| B.  Jewelry (in addition to 11 U.S.C. § 522(d)(4)) | $450.00 |
| C.  10 Speed bike | $600.00 |
| D.  1993 Oldsmobile Cutlass | $600.00 |

2. This is a continuing objection to the above stated exemptions objected to, and any claimed by amendments of the above exemption objected to before the confirmation date.

3. The Trustee further objects to all exemptions claimed now or at any time in any amount in excess of the maximum dollar amounts allowed by statute, or which does not clearly state the statutory basis for the exemption, the dollar amount claimed as exempt, or the specific property being exempted.

The Trustee requests that any hearing on this objection be scheduled for the date of confirmation.

Dated:  December 18, 2015

                                                                                */s/ Donna L. Wenzel*
                                                                                Donna L. Wenzel
                                                                                Staff Attorney