**NEIL I. STERNSTEIN, ESQUIRE**
Five Aberdeen Place
Woodbury, NJ  08096
(856)848-6214
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## for the DISTRICT OF NEW JERSEY
## CAMDEN DIVISION

| | |
|---|---|
| In re<br>NICHOLAS ANTHONY VOLPE | CHAPTER 13<br><br>Case No.: 15-29348-JNP |

**NOTICE OF MOTION TO REINSTATE CASE**

TO:  Isabel C. Balboa
     Chapter 13 Standing Trustee
     Cherry Tree Corporate Ctr
     535 Route 38 - Suite 580
     Cherry Hill, N.J. 08002

Please take notice that the undersigned will apply to the above named Bankruptcy Court, at the United States Bankruptcy Court, Mitchell Cohen Courthouse, 4th & Cooper Streets, Camden, New Jersey, on August 29, 2017, at 10:00 a.m. o'clock, or as soon thereafter as counsel may be heard, for an Order vacating the order dated July 18, 2017, and reinstating the case. Oral argument is requested.

Dated: August 7, 2017

/S/ Neil I. Sternstein

_____
Neil I. Sternstein, NIS0564